ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California State Bar No. 210908
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0474
    Facsimile:  (213) 894-7819
    Email:       Erika.Johnson@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RICARDO PALACIOS, | No. SA CV 12-1335 FMO (JPRx) |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA, and Does 1 through 10, inclusive, | |
| Defendants. | |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1.  Plaintiff's action is dismissed with prejudice in its entirety; and

2.   Each party shall bear their own costs of suit and fees.


DATED: November 22, 2013


　　　　　/s/_____
　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　UNITED STATES DISTRICT JUDGE

1